UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVETTE JODY STARK-KATZ,<br><br>　　　　　　　　　　　　　　　Petitioner,<br>　　　　　　　-v-<br><br>STATE OF NEW YORK,<br><br>　　　　　　　　　　　　　　　Respondent. | 19 Misc. 76 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On March 28, 2019, the Court ordered petitioner to show cause, by April 29, 2019, why the above-captioned case should not be dismissed for failure to state a claim on which relief can be granted pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Petitioner did not do so. Accordingly, the Court respectfully directs the Clerk of Court to close this case.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 18, 2023
　　　　　New York, New York

1